AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Stamp:
United States District Court
Southern District of Texas
FILED
AUG 29 2017
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br><br>Jacqueline Vazquez<br>YOB: 1996  CITIZENSHIP: United States<br><br>*Defendant(s)* | Case No. M-17-1523-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 29, 2017__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 7.86 kilograms of methamphetamine a Schedule II controlled substance and 3.40 kilogarms of cocaine a Schedule II controlled substance. |
| 21 U.S.C § 952 | did knowingly and intentionally import with the intent to distribute approximately 7.86 kilograms of methamphetamine a Schedule II controlled substance and 3.40 kilograms of cocaine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by: [signature]

_____
Complainant's signature

Janet Dougherty, U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/29/2017  3:37 p.m.

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

Attachment "A"

On August 29, 2017, Department of Homeland Security (DHS), Homeland Security Investigations McAllen, Texas Office received information from Customs and Border Protection(CBP), Office of Field Operations (OFO), in reference to the seizure of approximately 7.86 kilograms of methamphetamine and 3.40 kilograms of cocaine which were found in a vehicle making entry into the United States from Mexico. The driver and sole occupant of the vehicle was identified as Jacqueline VASQUEZ.

CBP Officer A. Ortiz stated the vehicle, driven by VAZQUEZ, arrived at the primary inspection lane at approximately 6:54am. CBP Officer Ortiz advised VAZQUEZ stated the vehicle belonged to her and she had been in Mexico visiting her father. CBP Officer J. Hernandez and his canine were working near the primary lane. CBP Officer Hernandez advised CBP Officer Ortiz his canine had alerted to the odor of narcotics in the vehicle which VAZQUEZ was driving. The vehicle was then sent to secondary for further inspection. Once at secondary inspection, narcotics were located hidden within a compartment in the vehicle.

During a post Miranda interview of VAZQUEZ, VAZQUEZ initially stated she had made arrangements with an unknown male in Mexico to smuggle narcotics into the United States. VAZQUEZ stated the unknown male made arrangements to get a vehicle registered under her name, so she could begin crossing into the United States with it. VAZQUEZ stated she was told she would be crossing the vehicle, unloaded, for a month. VAZQUEZ initially stated she was unaware the vehicle would be loaded on this occasion. VAZQUEZ further stated she had made arrangement to be paid $1,000 USD for every loaded vehicle which she did cross.

During a second interview, still under Miranda, VAZQUEZ stated she was aware the vehicle had narcotics in it on this occasion. VAZQUEZ stated she received a phone call the day before and she was advised to drive into Mexico and park the vehicle at a hotel. VAZQUEZ was instructed the vehicle would be returned to her on today's date and she was to cross the vehicle into the United States. VAZQUEZ stated she was to make contact with an individual once crossing into the United States. VAZQUEZ stated she was going to be paid $1,000 USD for her role in this smuggling event.